FILED

07/18/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 23-0162

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 23-0162

ROBERT L. ROSE,

Petitioner and Appellant,

v.

MONTANA DEPARTMENT OF
CORRECTIONS, BRIAN GOOTKIN, Director;
and JAMES SALMONSEN, Warden of Montana
State Prison,

Respondents and Appellees.

FILED

JUL 1 8 2023

Bowen Greenwood
Clerk of Supreme Court
State of Montana

O R D E R

Appellant Robert L Rose has filed a motion for extension of time to file his opening brief. Good cause appearing,

IT IS HEREBY ORDERED that Appellant has until August 24, 2023, to file his opening brief.

DATED this 18 day of July, 2023.

For the Court,

_____
Chief Justice